389 A.2d 675

Bond v. The Stuyvesant Insurance Company (et al., Appellant).

 Submitted December 13, 1977. John F. Miller, Jr., and Terrence J. Herron, for appellant; Barry A. Yelen, for appellee, Violet Bond; No appearance entered nor brief submitted for appellee, Stuyvesant Insurance Company.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.